**ORIGINAL**

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

CINGULAR PENNSYLVANIA, LLC,
   Plaintiff,
   V.

**SUMMONS IN A CIVIL CASE**

SUSSEX COUNTY AND
BOARD OF ADJUSTMENT OF SUSSEX COUNTY

CASE NUMBER:  05 - 383

   Defendants

TO: (Name and address of Defendant)

  Sussex County
  Sussex County Courthouse
  1 The Circle
  Race and Market Streets
  Georgetown, DE  19947

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael F. Bonkowski
Saul Ewing LLP
222 Delaware Avenue
Suite 1200
Wilmington, DE  19801

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO          JUN 1 0 2005

CLERK              DATE

_(signature)_
(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  June 15th 2005 |
| NAME OF SERVER (PRINT)  Lor. Hartnett | TITLE  Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Sussex County Administrative Office Building 1st Floor, 2 The Circle Georgetown, DE 19947

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6-15-05     *Lori Hartnett*
          Date          Signature of Server

32 W Loockerman Square Ste 109
*Address of Server*
Dover DE 19904

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.