IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CINGULAR PENNSYLVANIA, LLC, :
:
Plaintiff, :
:
v. : No. 05-383 GMS
:
SUSSEX COUNTY AND BOARD OF :
ADJUSTMENT OF SUSSEX COUNTY, :
:
Defendants. :

### ENTRY OF APPEARANCE

PLEASE ENTER the appearance of the undersigned as counsel for the Defendants Sussex County and Sussex County Board of Adjustment.

                              SMITH O'DONNELL FEINBERG & BERL, LLP

                              By_____
                              Richard E. Berl, Jr. (DE #986)
                              Deirdre A. O'Shea (DE #4290)
                              406 South Bedford Street, P.O. Box 588
                              Georgetown, DE  19947
                              (302) 856-7082
                              Attorneys for Defendants

DATED:     June 29, 2005

## CERTIFICATE OF MAILING

THIS is to certify that I caused to be mailed to Michael Bonkowski, Esquire, of the law firm of Saul Ewing LLP, 222 Delaware Avenue, P.O. Box 1266, Wilmington, DE 19899-1266, by United States Mail, postage prepaid, two true and correct copies of the within Entry of Appearance, on this 29th day of June, 2005.

_____
Richard E. Berl, Jr., Esquire (DE #986)