File No. PI05-16249
Document No. 251

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

CINGULAR PENNSYLVANIA, LLC,　)
　　　　　　　　　　　　　　　　　)
　　　Plaintiff,　　　　　　　　)
　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　)　　　C.A. No. 05-383
　　　　　　　　　　　　　　　　　)
SUSSEX COUNTY and BOARD OF　　)
ADJUSTMENT OF SUSSEX COUNTY, )
　　　　　　　　　　　　　　　　　)
　　　Defendants.　　　　　　　　)

### ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Daniel P. Bennett, Esquire of Heckler &

Frabizzio, The Corporate Center, 800 Delaware Avenue, Suite 200, P.O. Box 128,

Wilmington, DE 19899-0128, on behalf of Defendants.

　　　　　　　　　　　　　　　　HECKLER & FRABIZZIO
　　　　　　　　　　　　　　　　_____/s/ Daniel P. Bennett_____
　　　　　　　　　　　　　　　　DANIEL P. BENNETT, I.D. #2842
　　　　　　　　　　　　　　　　The Corporate Plaza
　　　　　　　　　　　　　　　　800 Delaware Avenue, Suite 200
　　　　　　　　　　　　　　　　P.O. Box 128
　　　　　　　　　　　　　　　　Wilmington, DE 19899-0128
Date:  July 21, 2005　　　　　　Attorney for Defendants

## CERTIFICATE OF SERVICE

I, Daniel P. Bennett, Esquire, of Heckler & Frabizzio, do hereby certify that on the

21st day of July, 2005, a true and correct copy of the Entry of Appearance was

forwarded to the below listed counsel via electronic filing and first class mail:

Michael F. Bonkowski, Esquire
Saul, Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE  19801


_____/s/ Daniel P. Bennett_____
DANIEL P. BENNETT