File No. PI05-16249
Document No. 252220

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CINGULAR PENNSYLVANIA, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SUSSEX COUNTY and BOARD OF ) <br> ADJUSTMENT OF SUSSEX COUNTY, ) <br> ) <br> Defendants. ) | C.A. No. 05-383 |

### STIPULATION AND ORDER TO EXTEND TIME TO ANSWER

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through undersigned counsel, that Defendant, Board of Adjustment of Sussex County, has an extension to file an Answer or otherwise respond to the Complaint, until August 5, 2005.

                                                                            SAUL, EWING LLP
                                                                            _____/s/ Michael F. Bonkowski_____
                                                                            MICHAEL F. BONKOWSKI, I.D. #2219
                                                                            222 Delaware Avenue, Suite 1200
                                                                            P.O. Box 1266
                                                                            Wilmington, DE 19801
Date: July 22, 2005                                         Attorney for Plaintiff

                                                                            HECKLER & FRABIZZIO
                                                                            _____/s/ Daniel P. Bennett_____
                                                                            DANIEL P. BENNETT, I.D. #2842
                                                                            The Corporate Plaza
                                                                            800 Delaware Avenue, Suite 200
                                                                            P.O. Box 128
                                                                            Wilmington, DE 19899-0128
Date: July 22, 2005                                         Attorney for Defendants

        SO ORDERED this _____ day of _____, 2005.

                                                                            _____
                                                                                                  J.