File No. PI05-16249
Document No. 254009

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CINGULAR PENNSYLVANIA, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SUSSEX COUNTY and BOARD OF )<br>ADJUSTMENT OF SUSSEX COUNTY, )<br>)<br>Defendants. ) | C.A. No. 05-383 |

### STIPULATION AND ORDER TO EXTEND TIME TO ANSWER

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through undersigned counsel, that Defendant, Board of Adjustment of Sussex County, has an extension to file an Answer or otherwise respond to the Complaint, until August 19, 2005.

                                                    SAUL, EWING LLP
                                                    /s/ Michael F. Bonkowski
                                                    MICHAEL F. BONKOWSKI, I.D. #2219
                                                      222 Delaware Avenue, Suite 1200
                                                      P.O. Box 1266
                                                      Wilmington, DE  19801

Date:  August 4, 2005                 Attorney for Plaintiff

                                                    HECKLER & FRABIZZIO
                                                    /s/ Daniel P. Bennett
                                                    DANIEL P. BENNETT, I.D. #2842
                                                    The Corporate Plaza
                                                     800 Delaware Avenue, Suite 200
                                                     P.O. Box 128
                                                     Wilmington, DE 19899-0128

Date:  August 4, 2005                 Attorney for Defendants

     SO ORDERED this _____ day of _____, 2005.

                                                      J.