IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CINGULAR PENNSYLVANIA, LLC, | : |
| Plaintiff, | : |
| v. | : No. 05-383 |
| SUSSEX COUNTY | : |
| and | : |
| BOARD OF ADJUSTMENT OF SUSSEX COUNTY | : |
| Defendants. | : |

## STIPULATION TO STAY

Subject to the Order of the Court, counsel for the parties hereby stipulate that this matter be stayed pending resolution of a companion action currently pending in the Superior Court for the State of Delaware in and for Sussex County, captioned <u>Cingular Pennsylvania, LLC v. Sussex County Board of Adjustment</u>, C.A. No. 05A-06-001 (THG).

**SAUL EWING LLP**

_____
Michael Bonkowski, Esquire
Attorney I.D. No. 2219
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899-1266
mbonkowski@saul.com
Telephone: (302) 421-6863
Facsimile: (302) 421-5869

Attorney for Cingular Pennsylvania, LLC

**HECKLER & FRABIZZIO**

_____
Daniel P. Bennett, Esquire
The Corporate Plaza
800 Delaware Avenue
Suite 200
Wilmington, DE 19801
dbennett@hfddel.com
Telephone: (302) 573-4800
Facsimile: (302) 573-4806

Attorney for Sussex County and Board of Adjustment of Sussex County

527722.1 10/6/05

SO ORDERED THIS ___ DAY OF _____, 2005.

_____
The Honorable Gregory M. Sleet