

SAUL
EWING
Attorneys at Law
A Delaware LLP

Michael F. Bonkowski
Phone: (302) 421-6863
Fax: (302) 421-5869
mbonkowski@saul.com
www.saul.com

December 16, 2005

**VIA CM/ECF ELECTRONIC FILE**
**AND VIA HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court
844 North King Street
Lock Box 19
Wilmington, Delaware 19801

    Re:    Cingular Pennsylvania, LLC v. Sussex County and
               Board of Adjustment of Sussex County
               C.A. No.: 05-383
               Our File No.: 946945-00063

Dear Judge Sleet:

    At the outset, please accept my sincere apology for the delay that has attended the submission of this letter. The Court had directed counsel to submit a basis for the stay sought by the parties as reflected in the Stipulation to Stay filed on October 10, 2005. Unfortunately, with more than one attorney handling the different actions arising from the facts at issue here, that directive fell "between the cracks." I take complete responsibility for the error, and, again, offer my sincere and profound apology for it. As I hope is obvious to the Court, the omission was wholly unintentional.

    Allow me to turn to the basis for the requested Stay. Plaintiff Cingular has filed a companion action in the Superior Court of the State of Delaware, by Writ of Certioari, that functionally appeals the action of the Sussex County Board of Adjustment (the "State Action"). However, pursuant to the Telecommunications Act of 1996, Cingular retains federal causes of action as well. Those federal claims are not pled in the State Action. Cingular filed its complaint in the District Court to preserve those actions, but, in the interest of economy, proposes to stay this action pending the outcome of the State Action, subject to the order of the Court of course.

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

BALTIMORE   CHESTERBROOK   HARRISBURG   NEWARK   PHILADELPHIA   PRINCETON   WASHINGTON   WILMINGTON
530541.1 12/16/05                       A DELAWARE LIMITED LIABILITY PARTNERSHIP

December 16, 2005
Page 2

     I hope this letter meets the concerns of the Court. Again, please accept my apologies for the delay in its submission.

                                   Respectfully,

                                   Michael F. Bonkowski (I.D. 2219)

cc:    Dr. Richard T. Dalleo, Clerk of the Court (Via CM/ECF Electronic File)
        Daniel P. Bennett, Esquire (Via CM/ECF Electronic File)

530541.1 12/16/05