IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CINGULAR PENNSYLVANIA LLC | : |
| | : |
| v. | : Civil Action No. 05-383 GMS |
| | : |
| SUSSEX COUNTY, et al. | : |
| | : |

## NOTICE OF SCHEDULING

IT IS HEREBY ORDERED that a telephone conference regarding the parties' Motion to Stay is scheduled for **Friday, January 6, 2006, at 10:00 a.m.** before the Honorable Gregory M. Sleet, United States District Judge.  Counsel are directed to call chambers at 10:00 a.m.


/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE

December 28, 2005