## CERTIFICATE OF SERVICE

I, Michael F. Bonkowski, Esquire hereby certify that on January 25, 2006, I electronically filed the CASE SCHEDULING ORDER with the Clerk of Court using CM/ECF which will send notification of such filing. A copy of the document was served on the following counsel in the manner indicated:

**VIA CM/ECF Electronic Filing**

Daniel P. Bennett, Esquire
Heckler & Frabizzio
The Corporate Plaza
800 Delaware Avenue
Suite 200, P.O. Box 128
Wilmington, Delaware 19899-0128

SAUL EWING LLP

_____
Michael F. Bonkowski, Esquire (No. 2219)
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE  19899
(302) 421-6863
mbonkowski@saul.com
Attorney for Plaintiff,
Cingular Pennsylvania LLC