File No. PI05-16249
Document No. 305665

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CINGULAR PENNSYLVANIA, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-383 |
| ) | |
| SUSSEX COUNTY and BOARD OF ) | |
| ADJUSTMENT OF SUSSEX COUNTY, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that the above-captioned matter is hereby dismissed, with prejudice.

SAUL, EWING LLP

_____
MICHAEL F. BONKOWSKI, I.D. #
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266
Attorney for Plaintiff

Date: 8/10, 2006

HECKLER & FRABIZZIO

_____
DANIEL P. BENNETT, I.D. #2842
The Corporate Plaza
800 Delaware Avenue, Suite 200
P.O. Box 128
Wilmington, DE 19899-0128
Attorney for Defendant

Date: August 8, 2006

SO ORDERED this _____ day of _____, 2006.

_____
J.